# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

IN RE: MICHAEL E. & PATRICIA A. STAGNER     CASE NO: 4:19-bk-15391
           DEBTORS     CHAPTER 13

## MOTION TO EXTEND TIME TO FILE SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS AND CHAPTER 13 PLAN

Come now the Debtors, Michael E. and Patricia A. Stagner, by and through their attorneys, Kathy A. Cruz, the Cruz Law Firm, P.L.C., and for their motion, does state:

1. The Debtors filed a chapter 13 bankruptcy petition on October 9, 2019, and the Schedules, Statement of Financial Affairs, Current Monthly Income, and Chapter 13 Plan are due October 23, 2019.

2. The Debtors, Michael E. and Patricia A. Stagner and their counsel, Kathy A. Cruz, the Cruz Law Firm, P.L.C., need more time to gather required information, and will not be able to complete their Schedules, Statement of Financial Affairs and Current Monthly Income by October 23, 2019.

3. Debtors request a thirty (30) day extension on filing same.

WHEREFORE, the Debtors pray this Court grant their motion to extend time, and for all other relief to which they are entitled.

                 Respectfully submitted,
                 Michael E. & Patricia A. Stagner, Debtors

By:    /s/Kathy A. Cruz
        Arkansas Bar ID No. 87079
        THE CRUZ LAW FIRM, PLC
        1325 Central Avenue
        Hot Springs, AR 71901
        (501) 624-3600 {telephone}
        (501) 624-1150 {facsimile}
        kathycruzlaw@gmail.com

## CERTIFICATE OF SERVICE

    I, the undersigned, do hereby certify that a copy of the above Motion has been mailed via electronic filing, on this 23rd day of October, 2019, to the following interested parties:

Joyce Bradley Babin, Trustee
PO Box 8064
Little Rock, AR 72203-8064

                                            /s/Kathy A. Cruz
                                            Kathy A. Cruz