tr    /004

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

In re:   MICHAEL E. STAGNER and PATRICIA A. STAGNER          Case No:  4:19-bk-15391 T

## OBJECTION TO CONFIRMATION
## OF INITIAL PLAN

    Joyce Bradley Babin, Chapter 13 Standing Trustee, submits this Objection to Confirmation of Initial Plan. The Chapter 13 filing and plan fail to comply with the following:

    1.  11 U.S.C. § 1325(b)(1) - The payments to be distributed to unsecured creditors are inconsistent with disposable income.

    Because the filing and plan fail to comply with applicable provisions of the Bankruptcy Code, confirmation of the plan should be denied and the case should be dismissed pursuant to 11 U.S.C. § 1307 or, alternatively, the Debtor should be given an opportunity to submit an amended plan within a reasonable period of time.

    WHEREFORE, the Trustee prays that confirmation of the plan is denied and the case is dismissed pursuant to 11 U.S.C. § 1307, or alternatively, that the Debtor is given an opportunity to submit an amended plan within a reasonable period of time; and for all other just, proper and equitable relief.

    /s/  Joyce Bradley Babin
    CHAPTER 13 STANDING TRUSTEE

## CERTIFICATE OF SERVICE

    The undersigned certifies that a copy of the foregoing document was served on the Debtors' attorney and any other ECF Filing Users through Notice of Electronic Filing (ECF) and on the Debtors and any other non-ECF Filing Users by U.S. Mail, postage prepaid, as further listed below, on December 23, 2019.

    /s/  Joyce Bradley Babin
    Joyce Bradley Babin

cc:   Michael E. Stagner and
     Patricia A. Stagner
    100 Poston Road
    Jacksonville, AR  72076