IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

In re:   MICHAEL E. STAGNER and PATRICIA A. STAGNER         Case No:   4:19-bk-15391 T

## OBJECTION TO CONFIRMATION OF PLAN
## AS AMENDED PRE-CONFIRMATION ON February 27, 2020

Joyce Bradley Babin, Chapter 13 Standing Trustee, submits this Objection to Confirmation of Plan as Amended Pre-Confirmation. The Chapter 13 filing and plan fail to comply with the following:

1.   11 U.S.C. § 1325(b)(1) - The payments to be distributed to unsecured creditors are inconsistent with disposable income.  **The Debtor, Michael Stagner, has a $461 monthly child support obligation that will end in May of 2021, and he should provide for a step payment for this obligation.**

2.   11 U.S.C. § 1325(a)(5) - The plan does not provide for Aaron's Lease.  **The Debtors did not provide treatment in their amended plan for Aaron's.**

Because the filing and plan fail to comply with applicable provisions of the Bankruptcy Code, confirmation of the plan should be denied and the case should be dismissed pursuant to 11 U.S.C. § 1307 or, alternatively, the Debtor should be given an opportunity to submit an amended plan within a reasonable period of time.

WHEREFORE, the Trustee prays that confirmation of the plan is denied and the case is dismissed pursuant to 11 U.S.C. § 1307, or alternatively, that the Debtor is given an opportunity to submit an amended plan within a reasonable period of time; and for all other just, proper and equitable relief.

/s/ Joyce Bradley Babin
CHAPTER 13 STANDING TRUSTEE

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on the Debtors' attorney and any other ECF Filing Users through Notice of Electronic Filing (ECF) and on the Debtors and any other non-ECF Filing Users by U.S. Mail, postage prepaid, as further listed below, on March 13, 2020.

/s/ Joyce Bradley Babin
Joyce Bradley Babin

cc:   Michael E. Stagner and
        Patricia A. Stagner
      100 Poston Road
      Jacksonville, AR  72076